UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURTON DAY, | No. 2:15-cv-2560 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| DOLLY MATTEUCCI, | |
| Respondent. | |

Petitioner is proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 28, 2015, the court ordered respondent to file a response to the petition within sixty days.  Sixty days passed and respondent did not file a response or otherwise respond to the December 28, 2015 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within ten days of the date of this order, respondent shall show cause why sanctions should not be imposed for failing to respond to the December 28, 2015 order;

2. The Clerk of the Court shall serve this order on Michael Patrick Farrell, Senior Assistant Attorney General.

Dated:  March 15, 2016

Day2560.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1